IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG 25  PM 3: 16

| | |
|---|---|
| CALLAWAY GOLF COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 01-669 KAJ |
| ) | |
| DUNLOP SLAZENGER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Motion for Judgment as a Matter of Law and/or for a New Trial filed by Dunlop Slazenger ("Dunlop") (Docket Item ["D.I."] 434) is GRANTED to the extent that the jury's award of $1.1 million to Callaway Golf Company ("Callaway") for corrective advertising is vacated; in all other respects that motion is DENIED.

IT IS FURTHER ORDERED that Dunlop's Motion for Attorney Fees and Costs (D.I. 438) is DENIED, and Callaway's Motion for Attorney Fees and Costs (D.I. 437) is DENIED.

UNITED STATES DISTRICT JUDGE

August 25, 2005
Wilmington, Delaware